IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tonawanda Tank Transport Services, Inc., James M. Smith, Commerce and Industry Insurance Company, and National Union Insurance Company,<br>Plaintiffs<br><br>v.<br><br>Hayes Lemmerz International-Ohio, Inc., f/k/a Motor Wheel Corporation,<br>Defendant | Case No.: 03-1391<br>(Related to C.A. 99-1403)<br>Honorable Gary L. Lancaster/<br>Magistrate Judge Ila Jeanne Sensenich<br><br>Electronically Filed |

### VOLUNTARY DISMISSAL WITH PREJUDICE
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Rule 41(a)(1), it is hereby stipulated and agreed by all parties, acting through their counsel of record, that the above-captioned matter be dismissed with prejudice as to all claims and all parties, with all parties to bear their own costs.

BY:   S/Judith A. Moses                    BY:   S/Patricia A. Mattern

Judith A. Moses, Esquire
Attorney I.D.#49656
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228
jmoses@c-wlaw.com
T#:(412) 563-2080
**Counsel for Plaintiffs, Tonawanda Tank Transport Services, Inc., James M. Smith, Commerce and Industry Insurance Company and National Union Insurance Company**

Patricia A. Mattern, Esquire -
PA21755
Murphy & O'Connor, LLP
15th St. & J.F.K. Boulevard
Two Penn Center Plaza, Suite 1100
Philadelphia, PA 19102
T#:(215)564-0400
F#:(215)564-1973
pmattern@murphyoconnor-pa.com
**Counsel for Defendant. Hayes Lemmerz International-Ohio, Inc., f/k/a Motor Wheel Corp.**

Date: July 26, 2006

SO ORDERED, this 27th day of July, 2006.

_____
Gary L. Lancaster, U.S. District Judge